No. 997. **Morgan v. Scruggs.** November Term, 1880. Action at common law; complaint dismissed by the Circuit judge,.
because it appeared, to his satisfaction, " that the plaintiff herein
is not the real owner of the notes sued on." The case was not
tried by a jury, but by consent was referred to the master to hear
and determine. The master set forth the facts as to the ownership, and as a conclusion of law- found that plaintiff was the real
owner. On appeal—*Held*, that the judgment of the Circuit Court
was a finding of fact which could not be reviewed here; and that
under the terms of the .order, this court could not *conjecture* that
it was based upon a proposition of law, and enter upon an inquiry
as to the correctness of such legal proposition. Appeal dismissed.
OPINION by McIVER, A. J., March 15th, 1881. *A. Blythe,* for
appellant. *Geo. Westmoreland,* contra.